UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

In the matter of:                    :    Case No. 04-30607

INC, TOO HOME                        :    Chapter 7
                                     :    JUDGE


NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED FUNDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $167.09 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The names(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

Creditor Name                Claim Number            Amount of Dividend
and Address
_____

                                              /s/ Ruth A Slone
Dated:_____         _____
                                              Ruth A. Slone, Trustee